NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ZITO LLC,**
*Plaintiff-Appellant*

**v.**

**CRJ, INC., RIPKEN BASEBALL CAMPS & CLINICS LLC, RIPKEN HOLDINGS LLC, RIPKEN BASEBALL ACADEMY LLC, RIPKEN ENTERPRISES LLC, R-C MYRTLE BEACH LLC,**
*Defendants-Appellees*

———————————

2019-1009

———————————

Appeal from the United States District Court for the District of Maryland in No. 1:17-cv-01733-JKB, Judge James K. Bredar.

———————————

**JUDGMENT**

———————————

JAMES K. ARCHIBALD, Wright, Constable & Skeen, LLP, Baltimore, MD, argued for plaintiff-appellant.

WILLIAM MANDIR, Sughrue Mion PLLC, Washington, DC, argued for defendants-appellees. Also represented by JOHN F. RABENA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 12, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |